**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-62487-BLOOM/Reid**

LAWRENCE JOHNSON,

     Petitioner,

v.

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

     Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge. ECF No. [16] ("Report"). On July 10, 2020, the Honorable Lisette M. Reid issued the Report recommending that Petitioner, Lawrence Johnson's Petition Under 28 U.S.C. [Section] 2254 for Writ of Habeas Corpus, ECF No. [1] ("Petition"), be denied. *See* ECF No. [16] 31. The Report further advised that any objections to the Report were due within fourteen days of receipt of the Report. *See id.* To date, Petitioner has not filed any objections, nor has he sought any additional time within which to do so.

This Court has conducted a *de novo* review of Judge Reid's Report and the record in this case and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes that the Petition should be denied. The Court further agrees that an evidentiary hearing is not necessary in this case because Petitioner has failed to demonstrate the existence of any factual disputes that would require an evidentiary hearing. Finally, the Court concludes that the

recommendation in the Report that Petitioner is not entitled to a certificate of appealability is correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's Report, **ECF No. [16]**, is **ADOPTED**.

2. The Petition, **ECF No. [1]**, is **DENIED**. No Certificate of Appealability shall issue.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 31, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette Reid

Counsel of Record

Lawrence Johnson
B08866
Desoto Annex
Inmate Mail/Parcels
13617 SE Highway 70
Arcadia, FL 34266
*Pro Se*